IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRY DUNCAN, CHARLES T. EVANS, DAVID MCBRIDE, RONALD E. FARLEY, LARRY J. SIMPSON, ROBERT B. BONDS, STEVE HINCH, and CARL D. HEWITT, III, and all others similarly situated, | ) ) ) ) ) ) | Civil No. 3:10-0217 Judge Trauger |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| LEONARD J. MUZYN, LESLIE P. BAYS, ANTHONY L. TROYANI, JOHN M. HOSKINS, PHILLIP L. REYNOLDS, and JANET C. HERRIN, | ) ) ) ) ) | |
| Defendants. | ) | |

## O R D E R

Given the filing of a Motion to Dismiss (Docket No. 18), it is hereby ORDERED that the initial case management conference scheduled for June 7, 2010 is CONTINUED, to be reset following the disposition of this motion.

It is so **ORDERED**.

ENTER this 1st day of June 2010.

_____
ALETA A. TRAUGER
U.S. District Judge