IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES T. EVANS, DAVID MCBRIDE, RONALD E. FARLEY, LARRY J. SIMPSON, ROBERT B. BONDS, AND STEVE HINCH, <br><br>   Plaintiffs, <br><br> v. <br><br> TENNESSEE VALLEY AUTHORITY RETIREMENT SYSTEM AND TENNESSEE VALLEY AUTHORITY, <br><br>   Defendants. | Civil No. 3:10-cv-00217 <br> Judge Trauger |

**O R D E R**

Pursuant to the decision of the Sixth Circuit Court of Appeals (Docket No. 266), the Mandate for which has issued (Docket No. 267), it is hereby ORDERED that the sections of this court's Memorandum Ruling on March 2, 2017 dealing with the plaintiffs' accounting claim are hereby VACATED, and the plaintiffs' claim for an accounting is DISMISSED with prejudice, because this court lacks subject matter jurisdiction over that claim.

This Order constitutes the judgment in this case

It is so **ORDERED.**

Enter this 16th day of April 2018.

_____
ALETA A. TRAUGER
U.S. District Judge