# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Jerry Duncan, et al.

                        Plaintiff,

v.                                                      Case No.: 3:10–cv–00217

Leonard J. Muzyn, et al.

                        Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/16/2018 re [268].

                                                                Keith Throckmorton, Clerk
                                                             s/ Alia D. Morgan, Deputy Clerk